Decision Per Curiam.

---

E. E. West, John Coffee and F. R. Steadman, late partners lately doing business under the firm name of West & Coffee, Plaintiffs in Error, vs. J. M. Davis, Defendant in Error.

(Supreme Court of Florida, Division A, June 27, 1905.)

Writ of Error to Circuit Court, Hamilton County; Bascom H. Palmer, Judge.

*Cooper & Cooper, Rees & Rees, Robinson, Small* and *Stephens,* for Plaintiffs in Error.

*M. F. Horne* and *C. D. Tuten,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error. The judgment is affirmed.